JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:   541-419-0074
Fax:              541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY LEN HAYWORTH, ) | Case No.  2:22-CV-02109-JDP |
| ) | |
|     Plaintiff ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
|     Defendant ) | |
| ) | |
| _____) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to May 22, 2023, for Plaintiff to file his Motion for Summary Judgment in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel is currently recovering from surgery and is consequently behind in her briefing schedule.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 6, 2023  JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  April 6, 2023  PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ L. Jamala Edwards*
L. JAMALA EDWARDS
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated:   April 8, 2023   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**Hayworth v. Kijakazi**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 2:22-cv-02109-JDP