JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTY LEN HAYWORTH, | ) | Case No.  2:22-CV-02109-JDP |
| | ) | |
|     Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |
| _____ | ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to July 6, 2023, for Plaintiff to file his Motion for Summary Judgment in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to the fact that Plaintiff's counsel was recently quite ill and has had to extend her briefing schedule on several matters.

**Hayworth v. Kijakazi**        **Stipulation and** ~~**Proposed**~~ **Order**        **E.D. Cal. 2:22-cv-02109-JDP**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                          Respectfully submitted,

Date: May 19, 2023                    JACQUELINE A. FORSLUND
                                          Attorney at Law


                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff


Date:  May 19, 2023                   PHILLIP A. TALBERT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation, Office 7

                                          */s/ L. Jamala Edwards*
                                          L. JAMALA EDWARDS
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant


                                                 <u>ORDER</u>

APPROVED AND,

IT IS SO ORDERED.


Dated:   May 22, 2023                                              _____
                                                               JEREMY D. PETERSON
                                                               UNITED STATES MAGISTRATE JUDGE