PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JULIE A.K. CUMMINGS, HI Bar No. 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
Julie.Cummings@SSA.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MARTY LEN HAYWORTH,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | CIVIL NO. 2:22-cv-02109-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Appeals Council will direct the ALJ to develop the record as necessary, and to provide the claimant an opportunity to submit additional evidence in support of his claim and an opportunity for a new hearing.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 22, 2023                    Forslund Law LLC

                                By:    /s/ Jacqueline Anna Forslund
                                       JACQUELINE ANNA FORSLUND
                                       Attorney for Plaintiff
                                       (authorized by email on Sep. 22, 2023)

                                       PHILLIP A. TALBERT
                                       United States Attorney

                                       MATHEW W. PILE
                                       Office of Program Litigation, Office 7

                                By:    /s/ Julie A.K. Cummings
                                       JULIE A.K. CUMMINGS
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  The Clerk of Court is directed to enter judgment in plaintiff's favor.

IT IS SO ORDERED.

Dated:    September 25, 2023                    _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO REMAND                                                                                             Case No. 2:22-cv-02109-JDP
Page 3